IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSHUA LEE KNOOP, PRO SE, § <br> also known as § <br> JOSH LEE KNOOP, § <br> COUNTY NO. 015549, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> MRS. NFN McCARN, § <br> § <br> Defendant. § | 2:09-CV-0162 |

## ORDER OF DISMISSAL

Plaintiff JOSHUA LEE KNOOP, while a detainee or prisoner confined in the Gray County Jail, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-referenced defendant and has been granted leave to proceed *in forma pauperis*.

On July 22, 2009, a Report and Recommendation was issued by the United States Magistrate Judge analyzing plaintiff's claims and recommending dismissal without prejudice for failure to state a claim on which relief can be granted.

Plaintiff submitted a letter on August 4, 2009, which the Court has reviewed as plaintiff's objections.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation, as well as the Objections filed by the plaintiff.

The Court is of the opinion that the objections of the plaintiff should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections, and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this Civil Rights Complaint is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

All pending motions are DENIED.

IT IS SO ORDERED.

ENTERED this _____8th_____ day of February, 2010.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

2